UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMI BALY,<br><br>                              Petitioner,<br><br>         -against-<br><br>CERTIFICATE OF APPEALS SUPREME COURT OF NEW YORK,<br><br>                              Respondent. | 22-CV-5812 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the September 12, 2022, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 12, 2022
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge