UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMI BALY

Write the first and last name of each plaintiff.

Case No. ______ CV ______________

-against-

COURT OF APPEALABILITY

**CERTIFICATE OF SERVICE**

Write the first and last name of each defendant.

I, RAMI BALY filed Pro se 28 U.S.C. 1654 ,

affirm that the foregoing documents have been personally served on Motions to Appeal by Persmission Affidavit in Support of Motion or mailed to the last known address of 500 Pearl St. New York, N.Y. 10007 Pro Se Intake Unit, at the Thurgood Marshall Court House.

April 23rd, 2025
Executed on (date)

Signature

Rami Baly
Name

R.B
Prison Identification # (if incarcerated)

765 Amsterdam Avenue | New York | N.Y. | 10025
Address | City | State | Zip Code

929 286 7495
Telephone Number (if available)

roiramirez007@gmail.com
E-mail Address (if available)